# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BERNIE HOWARD and CARDELL
HARRIS,

                Plaintiffs,

v.                                                  Case No:   **6:20-cv-1339-Orl-31DCI**

WASTE PRO USA, INC and WASTE
PRO OF LOUISANA, INC,

                Defendants.

_____

# ORDER

      This cause comes before the Court on Waste Pro of Louisiana's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 25) filed September 28, 2020.

      On November 30, 2020, the United States Magistrate Judge issued a report (Doc. 31) recommending that the motion be granted.   No objections have been filed.   Therefore, it is

      **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    Waste Pro of Louisiana's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 25) is **GRANTED**, and Waste Pro of Louisiana is **DISMISSED** as a party for lack of personal jurisdiction.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 17, 2020.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party