# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BERNIE HOWARD and CARDELL HARRIS,**

      **Plaintiffs,**

**v.**                                                   **Case No:   6:20-cv-1339-Orl-31DCI**

**WASTE PRO USA, INC,**

      **Defendant.**

## ORDER

This matter is before the Court on Plaintiffs' Motion to Dismiss Amended Complaint without Prejudice (Doc. 32). Defendants oppose the motion contending that the Complaint should be dismissed with prejudice (Doc. 34).[1]

Federal Rule of Civil Procedure 41(a)(2) provides that an action may be dismissed at Plaintiffs' request by order of the court on terms that the court considers proper. Given the background of this proceeding, it is proper for the dismissal here to be with prejudice, unless Plaintiffs compensate Defendant for the cost incurred defending this action.

It is therefore

**ORDERED** that Plaintiffs shall respond by December 30, 2020, whether they wish to

---

[1] Confirming Judge Irick's Report and Recommendation (Doc. 31), the Court dismissed Waste Pro of Louisiana as a party for lack of personal jurisdiction (Doc. 35). Thus, Waste Pro USA is the only party defendant subject to this order.

accept a dismissal with prejudice or, alternatively, compensate Defendant a reasonable amount for a dismissal without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 17, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party